**Dismissed and Memorandum Opinion filed November 14, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-13-00804-CR
NO. 14-13-00805-CR

**CHRISTOPHER MICHAEL DUPUY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause Nos. 13CR1366 and 13CR1367**

## M E M O R A N D U M   O P I N I O N

These attempted appeals are both from the denial of a motion to quash an indictment. Such an order is not appealable prior to conviction. *See Apolinar v. State,* 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Ahmad v. State,* 158 S.W.3d 525 (Tex.App.— Fort Worth 2004, pet. ref'd). Accordingly, we dismiss the appeals for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.

Do Not Publish ─ Tex. R. App. P. 47.2(b)